# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GM FUNDING INC., et al.,<br><br>　　　　Defendants. | Case No. SA CV 02-1026 DOC (MLGx)<br><br>**ORDER THAT DAMIAN KUTZNER SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT [39]**<br><br>Date: August 1, 2016<br><br>Time: 8:30 am<br><br>Location: 411 W. Fourth St.<br>　　　　　Santa Ana, CA 92701<br>　　　　　Courtroom 9D |

Upon consideration of Plaintiff Federal Trade Commission's Application for an Order to Show Cause Why Damian Kutzner Should Not Be Held in Contempt for violating the Stipulated Judgment and Order for Permanent Injunction as to Defendants GM Funding, Inc., Robert D. Kutzner, Global Mortgage Fundings, Inc., and Damian R. Kutzner, that this Court entered on May 5, 2003 ("Order"), and the accompanying memorandum of points and authorities and exhibits, and finding good cause for said application, **IT IS HEREBY ORDERED** that:

(1) The Application is **GRANTED**.

(2) Defendant Damian Kutzner shall appear before this Court on **August 1, 2016, at 8:30 a.m.** at the United States District Courthouse, Central District of California, 411 W. Fourth St., Santa Ana, CA 92701, Courtroom 9D, Angeles, CA 90012, to show cause, if any there be, why this Court should not find him in civil contempt for failing to comply with the requirements of this Court's Order and impose such relief as it deems appropriate.

(3) **The Court directs Plaintiff Federal Trade Commission ("FTC" or "Commission") to immediately serve a copy of this order on Damian Kutzner, and to file a proof of service no later than July 11, 2016.**

(4) Other than the filings described below, no others will be permitted without leave of Court.

(5) Defendant Damian Kutzner shall file and serve Plaintiff any documentary evidence and memoranda of points and authorities on which he will rely at the show cause hearing no later than fourteen (14) days prior to the hearing, by electronic mail to btheisman@ftc.gov and gmadden@ftc.gov, or by overnight delivery addressed to Benjamin Theisman and Gregory Madden, Federal Trade Commission, 600 Pennsylvania Ave., N.W., Room CC-9528, Washington, D.C. 20580.

(6) Service of all Court filings on the FTC shall also be made electronically or by overnight courier.

(7) If Defendant Damian Kutzner intends to present the testimony of any witness at the show cause hearing, he shall file and serve the Commission, by electronic mail to btheisman@ftc.gov and gmadden@ftc.gov and by overnight delivery to the above address, no later than fourteen (14) days prior to the hearing, a statement containing the name, address, and telephone number of any such witness. Furthermore, he shall comply with Local Rule 7-8 in identifying any witnesses he may desire to cross examine, provided that he shall only be given the opportunity to cross examine those witnesses in accordance with Local Rule 7-8.

(8) The FTC shall file its reply, if any, no later than seven (7) days prior to the hearing.

**IT IS SO ORDERED**, this 1st day of July 2016.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE